Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

Re: Court of Appeals Number: 04-13-00569-CR
Trial Court Case Number: B11614

Style: Kristi Rene Nix

v.

The State of Texas

Dear Judges
I am the defendant in the above
identified case.
On the Fourth Court and Texas rules
of Appellate procedures:
Criminal Cases 51.2
local rules 1.2.
9.10. Privacy protection for documents
filed in criminal court cases
(A.) Sensitive data — supposed to be
X-ed out.
The trial court and 4th court
have violated my rights.
Everything about me has been
published online for everyone to see.

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 JAN 23 PM 12:16
Keith E. Hottle
CLERK OF THE COURT

My full name, address, phone number, drivers license number, social security number, date of birth, age, weight, height, hair color and eye color.

A friend was able to retrieve 48 pages with info. What else would anyone need to steal my identity.

This was on private information I sent to the 4th court.

Google my name and documents from 4th court and trial court can be viewed. I now have people reaching me that I have no idea who they are. And recieving calls from people and companies.

This was private information that should have never been put on the 4th court site. It is a violation against me and my rights.

Respectfully
Kristi Rene Nix

Copies were made because the copies contained all of my friends information due to me faxing to the 4th court from here fax machine.

Kristi Rene Hit
P.O. Box 293123
Kerrville, Texas 78029

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 JAN 23 PM 12: 16

Keith E. Hottle
KEITH E. HOTTLE, CLERK

Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas
78205-3037

7820530 3799

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
21 JAN 2015 PM 2 L